UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 20, 2023
Nathan Ochsner, Clerk

In Re:   Charlotte Renee Bisor-Rice

Debtor

Case No.: 22-33649

Chapter:  13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506

1. The Court has considered confirmation of the Debtor(s)' chapter 13 plan that was proposed on 2/15/23.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined that the plan meets all of the requirements of §1325 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan.

6. The plan is confirmed.

Signed and Entered on Docket: 2/20/23.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:                                                        Case No. 22-33649-jpn

Charlotte Renee Bisor-Rice                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                                  User: ADIuser                                                      Page 1 of 2

Date Rcvd: Feb 21, 2023                        Form ID: C2dj                                                  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte Renee Bisor-Rice, 15247 Golden Eagle Dr., Humble, TX 77396-2214 |
| 12350303 | + | AUDUBON PARK COMMUNITY IMPROVEMENT ASSOCIATION, IN, C/O DAVID BERK, HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |
| 12333213 | + | Alva Wesley-Thomas, 6161 Savoy, Suite 250, Houston, Texas 77036-3335 |
| 12333214 | + | Alva Wesley-Thomas - zFuture Fees, 6161 Savoy, Suite 250, Houston, Texas 77036-3335 |
| 12333215 | + | Audubon Park CIA, 1521 Green Oak Place Ste. 196, Kingwood, TX 77339-2012 |
| 12333224 | + | Houston Police CU, Attn: Bankruptcy, 1600 Memorial Drive, Houston, TX 77007-7789 |
| 12333226 | + | Stephen Rice, 15247 Golden Eagle Dr., Humble, TX 77396-2214 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12349536 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2023 21:54:14 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 12333216 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2023 21:54:19 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12362001 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2023 21:54:16 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12333217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2023 21:47:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 12333218 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2023 21:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 12333219 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2023 21:47:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 12333220 | ^ | MEBN | Feb 21 2023 21:44:40 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12333221 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 21 2023 21:54:11 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 12333222 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 21 2023 21:47:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 12333223 | ^ | MEBN | Feb 21 2023 21:44:56 | Harris County, P.O. Box 3547, Houston, TX 77253-3547 |
| 12335038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2023 21:47:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12371827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2023 21:54:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 12346557 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2023 21:54:13 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Feb 21, 2023 | Form ID: C2dj | Total Noticed: 24

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 12333225 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2023 21:54:13 | Pennymac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 12369256 | | Email/Text: bnc-quantum@quantum3group.com | Feb 21 2023 21:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 12345649 | | Email/Text: bnc-quantum@quantum3group.com | Feb 21 2023 21:47:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 12369282 | | Email/Text: bnc-quantum@quantum3group.com | Feb 21 2023 21:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2023 at the address(es) listed below:

**Name** | **Email Address**

Alva Nell Wesley-Thomas
on behalf of Debtor Charlotte Renee Bisor-Rice alvawesleythomas@yahoo.com wesleythomas.alva@gmail.com;AlvaWesleyThomasAssociatesPC@jubileebk.net

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

William E. Heitkamp
heitkamp@ch13hou.com

TOTAL: 3