UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE HEITKAMP |
| WILLIAM E. HEITKAMP AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| TIFFANY D. CASTRO | § | |

### UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 13 STANDING TRUSTEE

NOTICE IS HEREBY GIVEN THAT:

1. William E. Heitkamp, Chapter 13 Standing Trustee, ("Trustee Heitkamp") has resigned from all of his Southern District of Texas cases effective 11:59 p.m. on December 31, 2023.

2. The United States Trustee, having accepted Trustee Heitkamp's resignation, has appointed, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Tiffany D. Castro as the successor Chapter 13 Standing Trustee ("Tiffany D. Castro, Chapter 13 Trustee") for the Southern District of Texas, effective January 1, 2024, in all of Trustee Heitkamp's open chapter 13 cases. (All of Trustee Heitkamp's open chapter 13 cases shall hereinafter be referred to as "Heitkamp's Chapter 13 Cases.")

3. Effective January 1, 2024, the United States Trustee, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, will transfer and assign all of Heitkamp's Chapter 13 Cases, to:

Tiffany D. Castro, Chapter 13 Trustee
9821 Katy Freeway
Ste. 590
Houston, TX 77024
Telephone number: (713) 722-1200
Email: tiffany_c@ch13hou.com

4. The bond for Tiffany D. Castro, Chapter 13 Trustee, is fixed under the general blanket bond heretofore authorized by the United States Trustee pursuant to 11 U.S.C. § 322 and Fed.R.Bankr.P. 2010(a).

5. Pursuant to Fed.R.Bankr.P. 2012(b), Tiffany D. Castro, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Heitkamp's Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Heitkamp's Chapter 13 Cases within thirty (30) days of the effective date of the transfer of each case.

Date: January 4, 2024

Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN AND WESTERN
DISTRICTS OF TEXAS

By: */s/ Millie Aponte Sall*
Millie Aponte Sall
Assistant U.S. Trustee
Tex. Bar No. 01278050/Fed. ID No. 11271
515 Rusk, Suite 3516
Houston, Texas 77002
(713) 718-4650 – Telephone
(713) 718-4670 – Fax
Email: millie.sall@usdoj.gov

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33649-jpn |
| Charlotte Renee Bisor-Rice | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf001 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlotte Renee Bisor-Rice, 15247 Golden Eagle Dr., Humble, TX 77396-2214 |
| 12350303 | + | AUDUBON PARK COMMUNITY IMPROVEMENT ASSOCIATION, IN, C/O DAVID BERK, HOLTTOLLETT, P.C., 9821 KATY FREEWAY, SUITE 350, HOUSTON, TX 77024-1231 |
| 12333213 | + | Alva Wesley-Thomas, 6161 Savoy, Suite 250, Houston, Texas 77036-3335 |
| 12333214 | + | Alva Wesley-Thomas - zFuture Fees, 6161 Savoy, Suite 250, Houston, Texas 77036-3335 |
| 12333215 | + | Audubon Park CIA, 1521 Green Oak Place Ste. 196, Kingwood, TX 77339-2012 |
| 12333224 | + | Houston Police CU, Attn: Bankruptcy, 1600 Memorial Drive, Houston, TX 77007-7789 |
| 12333226 | + | Stephen Rice, 15247 Golden Eagle Dr., Humble, TX 77396-2214 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12349536 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 10:24:28 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 12333216 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 09:41:08 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 12362001 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 09:41:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12333217 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2024 07:23:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 12333218 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2024 07:23:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 12333219 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2024 07:23:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 12333220 | ^ | MEBN | Jan 05 2024 05:15:22 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 12333221 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 05 2024 10:23:48 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 12333222 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 05 2024 06:52:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 12333223 | ^ | MEBN | Jan 05 2024 05:14:43 | Harris County, P.O. Box 3547, Houston, TX 77253-3547 |
| 12335038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2024 06:57:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12371827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 10:24:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 12346557 | + | Email/PDF: ebnotices@pnmac.com | Jan 05 2024 10:02:23 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Jan 04, 2024 | Form ID: pdf001 | Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| 12333225 | + | Email/PDF: ebnotices@pnmac.com | Jan 05 2024 10:00:57 | Pennymac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 12369256 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2024 07:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 12345649 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2024 07:24:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 12369282 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2024 07:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024 | Signature: | /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alva Nell Wesley-Thomas | on behalf of Debtor Charlotte Renee Bisor-Rice alvawesleythomas@yahoo.com wesleythomas.alva@gmail.com;AlvaWesleyThomasAssociatesPC@jubileebk.net |
| Christopher K Baxter | on behalf of Creditor PennyMac Loan Services  LLC MLGBK@ecf.courtdrive.com |
| Tiffany D Castro | t_d_castro@ch13hou.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 4